```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 30696
   JOSETTE M WYATT
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4728

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/18/2004 and was confirmed 11/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED                .00          .00           .00
HSBC MORTGAGE SVCS         CURRENT MORTG          .00          .00           .00
HSBC MORTGAGE SVCS         MORTGAGE ARRE          .00          .00           .00
HOUSEHOLD FINANCE          NOTICE ONLY   NOT FILED            .00           .00
MORTGAGE ELECTRONIC REGI   NOTICE ONLY   NOT FILED            .00           .00
TRANSOUTH FINANCIAL        SECURED           9450.00       829.87       9450.00
TRANSOUTH FINANCIAL        UNSEC W/INTER     5175.60       657.18       5175.60
NICOR GAS                  UNSEC W/INTER     1373.42       156.15       1373.42
LEDFORD & WU               DEBTOR ATTY       2,500.00                   2,500.00
TOM VAUGHN                 TRUSTEE                                      1,213.80
DEBTOR REFUND              REFUND                                         230.09

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               21,586.11

PRIORITY                                         .00
SECURED                                     9,450.00
    INTEREST                                  829.87
UNSECURED                                   6,549.02
    INTEREST                                  813.33
ADMINISTRATIVE                              2,500.00
TRUSTEE COMPENSATION                        1,213.80
DEBTOR REFUND                                 230.09
                      ---------------    ---------------
TOTALS                 21,586.11            21,586.11
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 30696 JOSETTE M WYATT

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 30696 JOSETTE M WYATT